IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MELVIN MOORING,

    Plaintiff,

v.

BRODERICK BYERS,

    Defendant.

CIVIL ACTION
NO. 16-5336

## ORDER

**AND NOW**, this 14th day of December, 2018, upon review of Plaintiff's "Motion for Default Judge (sic)" (Docket No. 14) and Defendant's Motion to Dismiss (Docket No. 15), as well as all pleadings, exhibits and statements filed by Plaintiff, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Default Judgment is **DENIED**;
2. Defendant's Motion to Dismiss is **GRANTED**;
3. This case is dismissed with prejudice; and
4. The Clerk shall close this matter.

                                **BY THE COURT:**

                                **/s/ Jeffrey L. Schmehl**
                                Jeffrey L. Schmehl, J.